■ PAUL DEINHART, Individually and as Parent and Natural Guardian of ALLYSON DEINHART, a Minor, Respondent, v CARMEN PILATO et al., Defendants, and ELAINE PILATO, Appellant. (Appeal No. 2.) [784 NYS2d 457]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), dated December 11, 2003. The order denied the motion of defendant Elaine Pilato for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.